UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RICHARD RIGGS** | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:15-CV-2135 |
| | § | |
| **LOWE'S COMPANIES, INC. AND** | § | |
| **SOURCE CAPITAL BACKYARD, LLC** | § | |

### CROSS-PLAINTIFF SOURCE CAPITAL BACKYARD, LLC'S MOTION TO DISMISS FIRST AMENDED CROSS-CLAIM AGAINST CROSS-DEFENDANT LOWE'S HOME CENTERS, LLC WITHOUT PREJUDICE

COMES NOW, Cross-Plaintiff Source Capital Backyard, LLC, files this Motion to Dismiss First Amended Cross-Claim against Cross-Defendant Lowe's Home Centers, LLC without Prejudice and would respectfully show the Court the following:

Cross-Plaintiff Source Capital Backyard, LLC, by and through its respective attorneys of record, announce that it no longer desires to prosecute its claims against Cross-Defendant Lowe's Home Centers, LLC.

WHEREFORE, PREMISES CONSIDERED, Cross-Plaintiff Source Capital Backyard, LLC, prays that this Court enter an Order of Dismissal filed contemporaneously herewith, dismissing without prejudice all claims which have been brought by Cross-Plaintiff Source Capital Backyard, LLC, against Cross-Defendant Lowe's Home Centers, LLC, upon the filing of this Motion.

Respectfully submitted,

THE HUDGINS LAW FIRM
A PROFESSIONAL CORPORATION

By: _____
Donald M. Hudgins
Attorney in Charge
dhudgins@hudgins-law.com
State Bar Number 10149000
Federal Bar Number 1632
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone (713) 623-2550
Facsimile (713) 623-2793

ATTORNEYS FOR CROSS-PLAINTIFF
SOURCE CAPITAL BACKYARD, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Cross-Plaintiff's Motion to Dismiss First Amended Cross-Claim against Cross-Defendant Lowe's Home Centers, LLC without Prejudice* was forwarded to the following via PACER's electronic email:

Randall Sorrels
Imrana Manzanares
Abraham, Watkins, Nichols, Sorrel, Agosto & Friend
800 Commerce Street
Houston, Texas 77002

Paul Garcia
Paul Garcia & Associates
4801 N.W. Loop 410, Suite 525
San Antonio, Texas 78229

on the 19 day of January 2016.

_____
Donald M. Hudgins

2