UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **RICHARD RIGGS** § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 4:15-CV-2135** |
| § | |
| **LOWE'S COMPANIES, INC. AND** § | |
| **SOURCE CAPITAL BACKYARD, LLC** § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Plaintiff, Richard Riggs (hereinafter "Plaintiff") and Defendants/Cross Plaintiffs/Cross Defendants, Lowe's Home Centers, LLC and Source Capital Backyard, LLC (hereinafter "Defendants") (collectively referred to as the "Parties") and file their Joint Motion to Dismiss with Prejudice and would respectively show the Court the following:

The Parties, by and through their respective attorneys of record, announce that they have compromised and settled all claims that were or could have been raised in connection with the incidents made the basis of this Plaintiff's claims, such that the Parties desire that all such claims be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, the Parties pray that this Court enter an Order of Dismissal filed contemporaneously herewith, dismissing with prejudice all claims which have been or could have been brought by Plaintiff, Richard Riggs against Defendants/Cross Plaintiffs/Cross Defendants, Lowe's Home Centers, LLC and Source Capital Backyard, LLC, as well as the cross claims filed by Defendant/Cross Plaintiff/Cross Defendant, Lowe's Home Centers, LLC and Defendant/Cross Plaintiff/Cross Defendant, Source Capital Backyard, LLC upon the filing of this motion.

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS,
SORRELS, AGOSTO & FRIEND**

By:  /s/ Imrana Manzanares
Imrana Manzanares
State Bar Number 24057978
Federal Bar Number  2364556
imanzanares@abrahamwatkins.com
800 Commerce Street
Houston, Texas 77002
Telephone (713) 222-7211
Facsimile  (713) 225-0827

**ATTORNEYS FOR PLAINTIFF
RICHARD RIGGS**

**THE HUDGINS LAW FIRM
A PROFESSIONAL CORPORATION**

By:  /s/ Donald M. Hudgins
Donald M. Hudgins
State Bar Number 10149000
Federal Bar Number  1632
dhudgins@hudgins-law.com
24 Greenway Plaza, Suite 2000
Houston, Texas 77046
Telephone (713) 623-2550
Facsimile  (713) 623-2793

**ATTORNEYS FOR DEFENDANT
SOURCE CAPITAL BACKYARD, LLC**

**PAUL GARCIA & ASSOCIATES**

By:  /s/ Paul Garica
Paul Garcia
State Bar Number 007981999
pgarcia@pgtxlaw.com
Martina Mertiz
State Bar Number 24037098
mmertiz@pgtxlaw.com
4801 N.W. Loop 410, Suite 525
San Antonio, Texas 78229
Telephone (210) 340-1818
Facsimile  (210) 340-4073

**ATTORNEYS FOR DEFENDANT
LOWE'S HOME CENTERS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was forwarded to the following via PACER's electronic email on the 10th day of March 2016.

Imrana Manzanares
ABRAHAM, WATKINS, NICHOLS, SORREL, AGOSTO & FRIEND
800 Commerce Street
Houston, Texas  77002

Paul Garcia
Martina Mertiz
PAUL GARCIA & ASSOCIATES
4801 N.W. Loop 410, Suite 525
San Antonio, Texas  78229

/s/ Donald M. Hudgins
Donald M. Hudgins