United States District Court
Southern District of Texas
**ENTERED**
March 11, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RICHARD RIGGS *Plaintiff,* | § § § | |
| v. | § § § § | CIVIL ACTION NO. 4:15-cv-2135 |
| LOWE'S COMPANIES, INC., SOURCE CAPITAL BACKYARD, LLC *Defendants.* | § § § | |

### AGREED ORDER OF DISMISSAL AND FINAL JUDGMENT

On the 10th day of March, 2016, the parties' Agreed Joint Motion to Dismiss was heard, and the Court, after considering all pertinent pleadings, is of the opinion that such motion should be granted.

IT IS, THEREFORE, ORDERED that all of Plaintiff, Richard Riggs, claims against Defendants, LOWE'S HOME CENTERS, LLC, incorrectly named LOWE'S COMPANIES, INC., ("Lowe's) and SOURCE CAPITAL BACKYARD, LLC, whether for personal injury, premises liability, property damage, negligence, gross negligence, negligent hiring, breach of contract, or other wrong, are DISMISSED WITH PREJUDICE.

All relief not expressly granted herein is hereby DENIED.

SIGNED on the 10th day of March, 2016.

_____
JUDGE PRESIDING